

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In the matter of the Estate of
Lucile Jarratt Frazier, deceased,

\* From the 32nd District Court
of Mitchell County
Trial Court No. 16,499.

No. 11-17-00101-CV

\* June 14, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has considered Appellants' unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Appellants.